IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:19-cv-00147 |
| 1.85 ACRES OF LAND, OWNED BY JACQUELINE J. LUCKI, | ) By: Elizabeth K. Dillon<br>) United States District Judge |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the court on the March 31, 2021 Report and Recommendation (R&R) of U.S. Magistrate Judge Robert S. Ballou that plaintiff's motion for resolution of attorney's fees lien (Dkt. No. 19) and Lollar Law's motion for recovery of attorney's fees (Dkt. No. 56) be granted in part and denied in part, with an award of attorneys' fees to Lollar Law in the amount of $10,000.  (Dkt. No. 60.)  The magistrate judge also advised the parties of their rights under 28 U.S.C. § 636(b)(1)(C) to file written objections to his proposed findings and recommendations within 14 days of service of the R&R.

The deadline to object to the R&R has passed, and no party has filed an objection.  "[I]n the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'"  *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Upon reviewing the record, the court is satisfied that there is no clear error.  Accordingly, the court hereby ORDERS as follows:

    1.  The R&R (Dkt. No. 60) is ADOPTED;

    2. Plaintiff's motion (Dkt. No. 19) is GRANTED IN PART and DENIED IN PART;

    3. Lollar Law's motion (Dkt. No. 56) is GRANTED IN PART and DENIED IN PART;

and

    4. Lollar Law is awarded $10,000 in attorneys' fees.

The clerk is directed to send a copy of this order to all counsel of record.

Entered: August 17, 2021

*/s/ Elizabeth K. Dillon*
United States District Judge